**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: PETROVICH, TAMMY | § | Case No. 15-17432 |
| | § | |
| PETROVICH, ART | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $458,770.00 | Assets Exempt: | $193,715.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,710.00 | Claims Discharged Without Payment: | $240,405.89 |
| Total Expenses of Administration: | $1,290.00 | | |

3) Total gross receipts of $5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $322,731.88 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,290.00 | $1,290.00 | $1,290.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $234,507.00 | $222,730.89 | $222,730.89 | $3,710.00 |
| **TOTAL DISBURSEMENTS** | $557,238.88 | $224,020.89 | $224,020.89 | $5,000.00 |

4) This case was originally filed under chapter 7 on 05/18/2015.  The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/08/2016          By: /s/ Richard M. Fogel
                                 Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

Case 15-17432   Doc 40   Filed 03/02/16   Entered 03/02/16 14:11:44   Desc Main
Document   Page 2 of 14

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 Chevrolet Silverado 1500, 65,000 miles | 1129-000 | $500.00 |
| Savings; State Bank of Countryside | 1129-000 | $315.00 |
| 2007 Volvo C70, 63, 000 miles | 1129-000 | $3,000.00 |
| Furniture: Household Goods | 1129-000 | $685.00 |
| 1979 Chevrolet Camero Z28 (inoperable) | 1129-000 | $500.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Fifth Third Bank Fifth Third Bank Bankruptcy | 4110-000 | $92,491.00 | NA | NA | NA |
| N/F | Bank of America, N.A. | 4110-000 | $5,498.00 | NA | NA | NA |
| N/F | Mortgage Service Center (HSBC) | 4110-000 | $204,520.00 | NA | NA | NA |
| N/F | Ally Financial | 4110-000 | $8,949.00 | NA | NA | NA |
| N/F | Disney Vacation Club | 4110-000 | $11,273.88 | NA | NA | NA |
| | **TOTAL SECURED** | | **$322,731.88** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard M. Fogel | 2100-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| Rabobank, N.A. | 2600-000 | NA | $40.00 | $40.00 | $40.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$1,290.00** | **$1,290.00** | **$1,290.00** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | $19,715.00 | $21,107.40 | $21,107.40 | $351.59 |
| 2 | Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC | 7100-000 | $10,560.00 | $11,006.72 | $11,006.72 | $183.34 |
| 3 | American InfoSource LP as agent for TD Bank, USA | 7100-000 | $689.00 | $730.82 | $730.82 | $12.17 |
| 4 | Capital One, N.A. c o Becket and Lee LLP | 7100-000 | $850.00 | $835.24 | $835.24 | $13.91 |
| 5 | Fifth Third Bank | 7100-000 | $23,752.00 | $26,222.45 | $26,222.45 | $436.78 |
| 6 | Navient Solutions, Inc. Department of Education Loan Services | 7100-000 | $120,225.00 | $125,227.31 | $125,227.31 | $2,085.90 |
| 7 | Illinois Student Assistance Commission C/o Firstmark Services | 7100-000 | $10,901.00 | $10,778.94 | $10,778.94 | $179.54 |
| 8 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | $1,077.00 | $1,256.25 | $1,256.25 | $20.93 |
| 9 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | $1,700.00 | $1,695.08 | $1,695.08 | $28.23 |
| 10 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | 7100-000 | $1,122.00 | $1,122.63 | $1,122.63 | $18.70 |
| 11 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | 7100-000 | $1,318.00 | $1,327.49 | $1,327.49 | $22.11 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | 7100-000 | $308.00 | $514.82 | $514.82 | $8.58 |
| 13 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | $13,333.00 | $13,333.48 | $13,333.48 | $222.09 |
| 14 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | $7,572.00 | $7,572.26 | $7,572.26 | $126.13 |
| N/F | Slm Financial Corp | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Dot Foods, Inc. | 7100-000 | $945.00 | NA | NA | $0.00 |
| N/F | Sam's Club | 7100-000 | $1,026.00 | NA | NA | $0.00 |
| N/F | Slm Financial Corp | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Slm Financial Corp | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Slm Financial Corp | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Capital One Corporate Headquarters | 7100-000 | $10,246.00 | NA | NA | $0.00 |
| N/F | Target N.B. Corporate Headquarters | 7100-000 | $602.00 | NA | NA | $0.00 |
| N/F | Von Maur | 7100-000 | $540.00 | NA | NA | $0.00 |
| N/F | Chase Corporate Headquarters | 7100-000 | $4,542.00 | NA | NA | $0.00 |
| N/F | Allen & Asoc | 7100-000 | $75.00 | NA | NA | $0.00 |
| N/F | Chase Corporate Headquarters | 7100-000 | $1,119.00 | NA | NA | $0.00 |
| N/F | Adventist | 7100-000 | $500.00 | NA | NA | $0.00 |
| N/F | Slm Financial Corp | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Fifth Third Bank | 7100-000 | $1,790.00 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$234,507.00** | **$222,730.89** | **$222,730.89** | **$3,710.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 15-17432 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | PETROVICH, TAMMY<br>PETROVICH, ART | Date Filed (f) or Converted (c): | 05/18/2015 (f) |
| | | § 341(a) Meeting Date: | 06/16/2015 |
| For Period Ending: | 02/08/2016 | Claims Bar Date: | 10/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=§554(a) abandon. | Sale/Funds<br>Received by the<br>Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1* | Residence: 7000 Golfview Drive, Countryside, 605 (See Footnote) | 279,355.00 | 0.00 | | 0.00 | FA |
| 2* | Timeshare: Disney CVC (See Footnote) | 7,000.00 | 0.00 | | 0.00 | FA |
| 3* | Checking Account: State Bank of Countryside (See Footnote) | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Savings; State Bank of Countryside<br>Per o/c 7-30-15 | 315.00 | 315.00 | | 315.00 | FA |
| 5 | Furniture: Household Goods<br>Per o/c 7-30-15 | 100.00 | 685.00 | | 685.00 | FA |
| 6* | Clothes: (See Footnote) | 50.00 | 0.00 | | 0.00 | FA |
| 7* | Retirement: 401K from Satellite- Fidelity Inv. (See Footnote) | 865.00 | 0.00 | | 0.00 | FA |
| 8 | Retirement: McDonald's 401K | 150,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2007 Volvo C70, 63, 000 miles<br>Per o/c 7-30-15 | 9,500.00 | 3,000.00 | | 3,000.00 | FA |
| 10* | 2009 Chevrolet Surbaban, 77,000 miles (See Footnote) | 21,000.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 15-17432
**Case Name:** PETROVICH, TAMMY
PETROVICH, ART
**For Period Ending:** 02/08/2016

**Trustee Name:** (330720) Richard M. Fogel
**Date Filed (f) or Converted (c):** 05/18/2015 (f)
**§ 341(a) Meeting Date:** 06/16/2015
**Claims Bar Date:** 10/13/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | 2001 Chevrolet Silverado 1500, 65,000 miles<br>Per o/c 7-30-15 | 2,500.00 | 500.00 | | 500.00 | FA |
| 12 | 1979 Chevrolet Camero Z28 (inoperable)<br>Per o/c 7-30-15 | 1,000.00 | 500.00 | | 500.00 | FA |
| | **Assets      Totals**      (Excluding unknown values) | **$472,185.00** | **$5,000.00** | | **$5,000.00** | **$0.00** |

RE PROP# 1    Inconsequential value

RE PROP# 2    Inconsequential value

RE PROP# 3    Exempt personal property

RE PROP# 6    Exempt personal property

RE PROP# 7    Exempt personal property

RE PROP# 10   Exempt personal property

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

| | |
|---|---|
| **Case No.:** 15-17432 | **Trustee Name:** (330720) Richard M. Fogel |
| **Case Name:** PETROVICH, TAMMY<br>PETROVICH, ART | **Date Filed (f) or Converted (c):** 05/18/2015 (f) |
| | **§ 341(a) Meeting Date:** 06/16/2015 |
| **For Period Ending:** 02/08/2016 | **Claims Bar Date:** 10/13/2015 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   03/31/2016   **Current Projected Date Of Final Report (TFR):**   12/08/2015

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-17432 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | PETROVICH, TAMMY<br>PETROVICH, ART | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8216 | Account #: | ******1866 Checking Account |
| For Period Ending: | 02/08/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/16/2015 | | TAMMY PETROVICH AND ART PETROVICH | Proceeds of sale- non-exempt personal property (pending entry of sale order) | | 5,000.00 | | 5,000.00 |
| | {4} | | $315.00 | 1129-000 | | | 5,000.00 |
| | {5} | | $685.00 | 1129-000 | | | 5,000.00 |
| | {9} | | $3,000.00 | 1129-000 | | | 5,000.00 |
| | {11} | | $500.00 | 1129-000 | | | 5,000.00 |
| | {12} | | $500.00 | 1129-000 | | | 5,000.00 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,990.00 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 4,980.00 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 15-17432 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | PETROVICH, TAMMY<br>PETROVICH, ART | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8216 | Account #: | ******1866 Checking Account |
| For Period Ending: | 02/08/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 4,970.00 |
| 10/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 4,960.00 |
| 01/06/2016 | 101 | Richard M. Fogel | Dividend paid 100.00% on $1,250.00 \| Claim # FEE \| Filed: $1,250.00 | 2100-000 |  | 1,250.00 | 3,710.00 |
| 01/06/2016 | 102 | Discover Bank Discover Products Inc | Dividend paid 1.67% on $21,107.40 \| Claim # 1 \| Filed: $21,107.40 | 7100-000 |  | 351.59 | 3,358.41 |
| 01/06/2016 | 103 | Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC | Dividend paid 1.67% on $11,006.72 \| Claim # 2 \| Filed: $11,006.72 | 7100-000 |  | 183.34 | 3,175.07 |
| 01/06/2016 | 104 | American InfoSource LP as agent for TD Bank, USA | Dividend paid 1.67% on $730.82 \| Claim # 3 \| Filed: $730.82 | 7100-000 |  | 12.17 | 3,162.90 |
| 01/06/2016 | 105 | Capital One, N.A. c o Becket and Lee LLP | Dividend paid 1.67% on $835.24 \| Claim # 4 \| Filed: $835.24 | 7100-000 |  | 13.91 | 3,148.99 |
| 01/06/2016 | 106 | Fifth Third Bank | Dividend paid 1.67% on $26,222.45 \| Claim # 5 \| Filed: $26,222.45 | 7100-000 |  | 436.78 | 2,712.21 |

{} Asset Reference(s)         UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

Exhibit 9

Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-17432 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | PETROVICH, TAMMY<br>PETROVICH, ART | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8216 | Account #: | ******1866 Checking Account |
| For Period Ending: | 02/08/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/06/2016 | 107 | Navient Solutions, Inc. Department of Education Loan Services | Dividend paid 1.67% on $125,227.31 \| Claim # 6 \| Filed: $125,227.31 | 7100-000 | | 2,085.90 | 626.31 |
| 01/06/2016 | 108 | Illinois Student Assistance Commission C/o Firstmark Services | Dividend paid 1.67% on $10,778.94 \| Claim # 7 \| Filed: $10,778.94 | 7100-000 | | 179.54 | 446.77 |
| 01/06/2016 | 109 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Dividend paid 1.67% on $1,256.25 \| Claim # 8 \| Filed: $1,256.25 | 7100-000 | | 20.93 | 425.84 |
| 01/06/2016 | 110 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Dividend paid 1.67% on $1,695.08 \| Claim # 9 \| Filed: $1,695.08 | 7100-000 | | 28.23 | 397.61 |
| 01/06/2016 | 111 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | Dividend paid 1.67% on $1,122.63 \| Claim # 10 \| Filed: $1,122.63 | 7100-000 | | 18.70 | 378.91 |
| 01/06/2016 | 112 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | Dividend paid 1.67% on $1,327.49 \| Claim # 11 \| Filed: $1,327.49 | 7100-000 | | 22.11 | 356.80 |

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                                                ! - transaction has not been cleared

Exhibit 9

Page: 7

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-17432 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | PETROVICH, TAMMY<br>PETROVICH, ART | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8216 | Account #: | ******1866 Checking Account |
| For Period Ending: | 02/08/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/06/2016 | 113 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | Dividend paid 1.67% on $514.82 \| Claim # 12 \| Filed: $514.82 | 7100-000 | | 8.58 | 348.22 |
| 01/06/2016 | 114 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Dividend paid 1.67% on $13,333.48 \| Claim # 13 \| Filed: $13,333.48 | 7100-000 | | 222.09 | 126.13 |
| 01/06/2016 | 115 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Dividend paid 1.67% on $7,572.26 \| Claim # 14 \| Filed: $7,572.26 | 7100-000 | | 126.13 | 0.00 |
| | | | **COLUMN TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 5,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$5,000.00** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-17432 |
| **Case Name:** | PETROVICH, TAMMY<br>PETROVICH, ART |
| **Taxpayer ID #:** | **-***8216 |
| **For Period Ending:** | 02/08/2016 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1866 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1866 Checking Account | $5,000.00 | $5,000.00 | $0.00 |
| | **$5,000.00** | **$5,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)